AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| NYAM LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-02963-PGG |
| David MacGreevey, Plan Administrator | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David MacGreevey, in his capacity as Plan Administrator for Runway Liquidation Holdings, LLC, et al.

Date:   05/02/2019

/s/ Beth E. Levine
*Attorney's signature*

Beth E. Levine #BL6715
*Printed name and bar number*

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
*Address*

blevine@pszjlaw.com
*E-mail address*

(212) 561-7700
*Telephone number*

(212) 561-7777
*FAX number*