IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
In re                                                        :
:
RUNWAY LIQUIDATION                                           :
HOLDINGS, LLC, et al.,[1]                                    :
:
    Debtors.                                          :
-------------------------------------------------------------x
:
NYAM, LLC,                                                   :   Case No. 19-02963 (PGG)
:
    Appellant,                                        :
:
    vs.                                               :
:
DAVID MACGREEVEY, in his capacity as                         :
PLAN ADMINISTRATOR,                                          :
:
    Appellee.                                         :
-------------------------------------------------------------x

**SCHEDULING STIPULATION
RELATING TO APPELLEE'S RESPONSE DEADLINE TO
<u>FILE ITS RESPONSE TO APPELLANT'S BRIEF</u>**

    This Scheduling Stipulation is entered into by and between plaintiff, David MacGreevey, solely in his capacity as plan administrator in the above-captioned chapter 11 case ("<u>Appellee</u>") and Defendant NYAM, LLC ("<u>Appellant</u>").

    WHEREAS, Appellant filed its notice of appeal, In the Unites States District Court for the Southern District of New York, from the *Order Granting Plaintiff's Motion for Partial Summary Judgment*, dated March 13, 2019.

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include:  Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

WHEREAS, on May 30, 2019, Appellant filed its Appellant Brief [Docket No. 8] and Appendix [Docket Nos. 8-1 to 8-12]; and

WHEREAS, on June 11, 2019, the Court entered a scheduling order extending the Appellee's deadline to respond to Appellant's Brief to July 15, 2019 (the "Response Deadline"), and Appellant's deadline to reply in further support of its appeal to July 29, 2019 (the "Reply Deadline") [Docket No. 11]; and

WHEREAS, the parties have reached a settlement in principle.

WHEREAS, the parties have agreed to extend the Response Deadline pending the finalization of settlement documentation:

IT IS HEREBY STIPULATED AND AGREED THAT

1. The Response Deadline is extended through July 22, 2019.

2. The Reply Deadline is extended through August 5, 2019.

| Dated: July 15, 2019 | Dated: July 15, 2019 |
|---|---|
| ***GRIFFIN HAMERSKY LLP*** | ***PACHULSKI STANG ZIEHL & JONES LLP*** |
| /s/ Michael D. Hamersky | /s/ Beth E. Levine |
| Scott A. Griffin<br>Michael D. Hamersky<br>Richard k. Milin<br>420 Lexington Avenue, Suite 400<br>New York, NY 10170<br>Telephone: (646) 998-5580<br>Facsimile: (646) 998-8284<br>Email: sgriffin@grifflegal.com<br>      mhamersky@grifflegal.com<br>      rmilin@grifflegal.com | Robert J. Feinstein<br>Bradford J. Sandler<br>Beth E. Levine<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email: rfeinstein@pszjlaw.com<br>      bsandler@pszjlaw.com<br>      blevine@pszjlaw.com |
| *Counsel to Appellant* | *Counsel to Appellee* |

**SO ORDERED:**

_____, 2019

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE