IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                         :
                                                              :
RUNWAY LIQUIDATION                                            :
HOLDINGS, LLC, et al.,[1]                                     :
                                                              :
         Debtors.                                             :
---------------------------------------------------------------x
:
NYAM, LLC,                                                    :     Case No. 19-02963 (PGG)
                                                              :
         Appellant,                                           :
                                                              :
    vs.                                                       :
                                                              :
DAVID MACGREEVEY, in his capacity as                          :
PLAN ADMINISTRATOR,                                           :
                                                              :
         Appellee.                                            :
---------------------------------------------------------------x

**SCHEDULING STIPULATION RELATING TO APPELLEE'S
RESPONSE DEADLINE TO FILE ITS RESPONSE TO APPELLANT'S BRIEF**

This Scheduling Stipulation is entered into by and between plaintiff, David MacGreevey, solely in his capacity as plan administrator in the above-captioned chapter 11 case ("Appellee") and Defendant NYAM, LLC ("Appellant").

WHEREAS, Appellant filed its notice of appeal, In the Unites States District Court for the Southern District of New York, from the *Order Granting Plaintiff's Motion for Partial Summary Judgment*, dated March 13, 2019.

WHEREAS, on May 30, 2019, Appellant filed its Appellant Brief [Docket No. 8] and Appendix [Docket Nos. 8-1 to 8-12]; and

---

[1] A list of the Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number include: Runway Liquidation Holdings, LLC (6857); Runway Liquidation, LLC (5942); Runway Liquidation Intermediate Holdings, LLC (3673); MR Liquidation, LLC (9200); and MMH Liquidation, LLC (3854).

WHEREAS, on July 16, 2019, the Court entered a scheduling order extending the Appellee's deadline to respond to Appellant's Brief to July 22, 2019 (the "Response Deadline") [Docket No. 13]; and

WHEREAS, the parties have reached a settlement in principle.

WHEREAS, the parties have agreed to extend the Response Deadline pending the finalization of settlement documentation:

IT IS HEREBY STIPULATED AND AGREED THAT

1. The Response Deadline is extended through August 5, 2019.

2. Appellant shall file any reply in the support of its appeal on or before August 19, 2019.

Dated: July 22, 2019

**GRIFFIN HAMERSKY LLP**

By: /s/ Michael D. Hamersky
Scott A. Griffin
Michael D. Hamersky
Richard K. Milin
420 Lexington Avenue, Suite 400
New York, NY 10170
Telephone: (646) 998-5580
Facsimile: (646) 998-8284
Email:  sgriffin@grifflegal.com
        mhamersky@grifflegal.com
        rmilin@grifflegal.com

*Counsel to Appellant*

Dated: July 22, 2019

**PACHULSKI STANG ZIEHL & JONES LLP**

By: /s/ Beth E. Levine
Robert J. Feinstein
Bradford J. Sandler
Beth E. Levine
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:  rfeinstein@pszjlaw.com
        bsandler@pszjlaw.com
        blevine@pszjlaw.com

*Counsel to Appellee*

**SO ORDERED:**

July 23, 2019
/s/ Paul G. Gardephe

HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

DOCS_NY:39378.1 08467/001