

# PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4003

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

WEB: www.pszjlaw.com

Beth E. Levine

July 31, 2019

212.561.7720
blevine@pszjlaw.com

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> Re: **In re BCBG Max Azria Global Holdings, LLC, et al: NYAM, LLC v. MacGreevey, in his capacity as Plan Administrator, Case No. 19-02963 (PGG)**

Dear Judge Gardephe:

This firm represents Mr. MacGreevey, in his capacity as Plan Administrator, who is the Appellee in the appeal (the "Appeal") from a decision in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") that is pending before Your Honor.

On July, 23, 2019, Your Honor entered a Stipulation and Order [Docket No. 15] which extended the briefing schedule relating to the Appeal in order to give the parties time to complete the documentation of the settlement in principle that they had reached. Pursuant to the Stipulation and Order, Appellee's response deadline was extended to August 5, 2019, and the appellant (the "Appellant") was to file its reply on or before August 19, 2019.

The parties have now completed and signed a settlement agreement (the "Settlement Agreement") which provides, *inter alia*, for payment by Appellant to Appellee of a settlement amount in installments with payment to be completed by December 31, 2019 and dismissal with prejudice of the Bankruptcy Court proceeding and the Appeal upon completion of the payment. The Settlement

DOCS_NY:39420.1 08467/001

**PACHULSKI**
**STANG**
**ZIEHL**
**JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Paul G. Gardephe
July 31, 2019
Page 2

Agreement also contemplates that after dismissal, the Bankruptcy Court will retain jurisdiction to adjudicate any issues arising from the Settlement Agreement.

In light of the execution of the Settlement Agreement, I write on behalf of both parties to respectfully request that the briefing schedule be held in abeyance until January of 2020.

We are available to answer any questions the Court might have.

Respectfully submitted,

*/s/ Beth E. Levine*

Beth E. Levine

cc: Michael Harmersky, Esq. (*via email*)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: 8/6/19

DOCS_NY:39420.1 08467/001